UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.        Case No. 10-mc-41-SM

Edward J. Barton, III

## O R D E R

I herewith approve the [5] Report and Recommendation of Magistrate Judge Landya B. McCafferty dated June 8, 2010, no objection having been filed.

I order that the taxpayer, Edward J. Barton, III, obey the summons and that he appear on August 3, 2010, at 9:00 a.m. at 80 Daniel Street, Portsmouth, New Hampshire 03802, before Ann MacKean (or any other authorized Revenue Officer of the IRS) to give testimony and produce all books and records in his possession or control required and called for by the terms of the summons of January 11, 2010.

I further order that the government be awarded its costs.

SO ORDERED.


June  30, 2010        /s/ Steven J. McAuliffe
        Steven J. McAuliffe
        Chief Judge


cc:    T. David Plourde, AUSA
        Edward J. Barton, III